FILED
2004 MAR 29 PM 3:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| HUGH ALEXANDER RAGLAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 03-AR-1833-M |
| ) | |
| SERGEANT ATTWELL, SERGEANT ) | |
| SHAW, SERGEANT TEAL, SERGEANT ) | |
| EXFORD, OFFICER PATTERSON, ) | |
| OFFICER HOOKS, OFFICER CARSON, ) | |
| OFFICER PHILLIPS, OFFICER HAYES, ) | |
| THE KITCHEN, and THE MEDICAL ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendants. ) | |

ENTERED
MAR 29 2004

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 5, 2004, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 29th day of March, 2004.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

